UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINE D. GEOGHEGAN,

                    Plaintiff,

  -against-

ROBSCOT REALTY, INC., d/b/a Brody McKay's
Tavern, PETITE REALTY CORP., and ROBERT
PETITPAIN,

                  Defendants.
-------------------------------------------------------------X

Case No.: 18-cv-07180

**NOTICE
OF MOTION**

**PLEASE TAKE NOTICE,** that upon the affidavit of Robert Petitpain sworn to on the 16th day of May, 2019 and the Declaration of Adam C. Weiss, Esq., dated the 17th of May, 2019, together with the exhibits annexed thereto, and upon the accompanying Memorandum of Law, defendants Robscot Realty, Inc. and Petite Realty Corp. (hereinafter collectively referred to as the "Movants") shall move this court, located at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, on a date and at a time to be set by the court, for an order pursuant to Fed. R. Civ. P. 55(c) and 6(b)(2) respectively, vacating an entry of default against the Movants herein, and granting them an enlargement of time to answer or otherwise move in the above captioned action, together with such other and further relief as may be just and proper.

Dated: Glen Cove, New York
      May 17, 2019

                              Respectfully submitted,
                              LAW FIRM OF ADAM C. WEISS, PLLC

By: _____
     Adam C. Weiss
     Attorneys for Defendants
     3 School Street, Suite 303
     Glen Cove, New York 11542
     (516) 277-2323 (tel)
     (516) 759-2556 (fax)

TO:    Moser Law Firm, P. C.
        3 School Street, Suite 207B
        Glen Cove, NY  11542
        Office: 516.671.1150
        Fax: 516.882.5420
        jmoser@moseremploymentlaw.com