# THE LAW FIRM OF
# ADAM C. WEISS, PLLC

3 SCHOOL STREET, STE. 303
GLEN COVE, NEW YORK 11542

45-18 COURT SQUARE, STE 400
LONG ISLAND CITY, NEW YORK 11101

TELEPHONE: (646) 489-0059
FACSIMILE:   (516) 759-2556
adam@acweisslaw.com
www.acweisslaw.com

December 3, 2019

**VIA ECF**

Magistrate Judge Anne Y. Shields
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

    Re:  Geoghegan v. Robscot Realty, et al.
        Docket No.: 18-CV-7180 (RRM)(AYS)

Your Honor:

    This firm represents Defendants in the above referenced action.  I am writing in response to your scheduling order, dated December 2, 2019, to advise the Court that the parties have conferred and are available on the following dates and times for the rescheduling of the oral argument on Defendants' motion to vacate:  December 9th, December 10th and December 13th (afternoon only). We apologize for missing the Court's prior deadline, but we had trouble connecting with each other.

Respectfully submitted,

Adam C. Weiss

Cc:   Steven Moser, Esq.