| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>        U.S. MAGISTRATE JUDGE | DATE: 12/10/19<br>TIME: 10:30 AM<br>FTR: 10:36-10:42<br>11:17-11:19 |

CASE:  **CV 18-7180 (RRM) (AYS)** Geoghegan v. Robscot Realty Inc., et al

TYPE OF CONFERENCE: MOTION

APPEARANCES:    Plaintiff    Steven Moser

                       Defendant    Adam Weiss

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X    Other: Motion hearing held.

                                             SO ORDERED

                                             /s/ Anne Y. Shields
                                           ANNE Y. SHIELDS
                                           United States Magistrate Judge