THE LAW FIRM OF
ADAM C. WEISS, PLLC

3 SCHOOL STREET, STE. 303
GLEN COVE, NEW YORK 11542

45-18 COURT SQUARE, STE 400
LONG ISLAND CITY, NEW YORK 11101

TELEPHONE: (646) 489-0059
FACSIMILE:   (516) 759-2556
adam@acweisslaw.com
www.acweisslaw.com

October 21, 2020

**VIA ECF**

Magistrate Judge Anne Y. Shields
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

      Re:  Geoghegan v. Robscot Realty, et al.
          Docket No.: 18-CV-7180 (RRM)(AYS)

Your Honor:

     This firm represents the Defendants in the above referenced action.  I am filing this joint status letter on behalf of both parties.  We wish to advise the court that the parties have conferred regarding a proposed schedule for the remainder of discovery and are submitting the following dates for this Court's approval.

        On or before October 28th – serve initial disclosures (to the extent not already provided)
        On or before November 4th - serve discovery requests
        On or before December 2nd - respond to discovery requests
        On or before December 30th – complete depositions
        On or before January 27th – final discovery deadline

           Respectfully submitted,

           Adam C. Weiss

Cc:    Steven Moser, Esq.