**Steven Moser**

| | |
|---|---|
| **From:** | Adam Weiss <adam@acweisslaw.com> |
| **Sent:** | Tuesday, August 18, 2020 1:12 PM |
| **To:** | Steven Moser |
| **Subject:** | CHRISTINE D. GEOGHEGAN V. ROBSCOT REALTY INC. |
| **Attachments:** | Offer of Judgment.pdf |

Dear Steven,

Attached please find a Rule 68 Offer of Judgment. I'm sorry we weren't able to resolve the case through mediation, but perhaps this final offer will interest you and your client.

Let me know,

Adam


## The Law Firm of
## Adam C. Weiss, PLLC

3 SCHOOL STREET, STE. 303
GLEN COVE, NEW YORK 11542
OFFICE: (516) 277-2323
CELL: (646) 489-0059
FACSIMILE: (516) 759-2556
adam@acweisslaw.com
www.acweisslaw.com

IRS Circular 230 Disclosure:    To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any tax penalty or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Privileged Information:    This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTINE D. GEOGHEGAN,

                    Plaintiff,

   -against-

ROBSCOT REALTY, INC., d/b/a Brody McKay's Tavern, PETITE REALTY CORP., and ROBERT PETITPAIN,

                    Defendants.
------------------------------------------------------------------X

Case No.: 18-cv-07180

**OFFER OF JUDGMENT**

To:   Steven Moser, Esq.
       Counsel for Plaintiffs

Defendants, ROBSCOT REALTY, INC., d/b/a Brody McKay's Tavern, PETITE REALTY CORP., and ROBERT PETITPAIN, by and through their attorneys, (hereinafter "Defendants"), hereby offer, pursuant to Fed. R. Civ. P. 68, to allow Plaintiff, CHRISTINE D. GEOGHEGAN, to take judgment against Defendants for the total amount of $12,000.00 (twelve thousand dollars) plus reasonable attorneys' fees, costs accrued to this date and expenses to be determined by the Court, to be paid within 30 days of entry of final judgment.

Acceptance of this offer of judgment will act to release and discharge Defendants, their successors or assigns, and all past and present employees, shareholders, directors, officers, members, representatives, managers, and agents from any and all claims that were, or could have been, alleged by Plaintiffs in the above-captioned civil action.

This offer is made in reliance upon the protections contained in Rule 68 and, if not accepted, may not be admitted as evidence in a proceeding to determine costs. If you do not serve written notice that this offer is accepted within 14 days after service, this offer will be deemed withdrawn, with the consequences described in Rule 68.

Dated: August 18, 2020
       Glen Cove, New York

                                                  Respectfully submitted,

                                                  _____
                                                  Adam C. Weiss (AW-5752)
                                                  THE LAW FIRM OF ADAM C. WEISS, PLLC
                                                  3 School Street, Suite 303
                                                 Glen Cove, New York 11542
                                                 (516) 277-2323 (tel)
                                                 (516) 759-2556 (fax)
                                                 Email: adam@acweisslaw.com

                                                 *Attorneys for Defendants*