

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

September 30, 2024

**VIA ECF**

Hon. Anne Y Shields, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *Geoghegan v. Robscot Realty Inc., et al.,* 18-cv-7180

Dear Judge Shields:

    Please accept this letter motion for an order entering judgment against the Defendants for their default in paying the so-ordered settlement and pursuant to the affidavit of confession of judgment filed by the Defendants with the Court and pursuant to CPLR § 3218.  This court has the power and authority to enter a judgment pursuant to a confession of judgment.  *See Xerox Corp. v. W. Coast Litho,* 251 F. Supp. 3d 534, 538 (W.D.N.Y. 2017)(compiling cases).  A declaration with the facts supporting this request is annexed hereto as required by CPLR § 3218.

                        Respectfully Submitted,

                        *Steven J. Moser*
                        Steven J. Moser

CC:    All counsel of record via ECF