| | | |
|---|---|---|
| 11/29/2021 | | SCHEDULING ORDER re 38 Joint MOTION for Settlement *(Court Approval of FLSA Settlement)* filed by Christene D. Geoghegan: In the parties' November 4, 2021 cover letter accompanying their joint motion for settlement approval, they state that while the motion documents have been signed by Plaintiff, Defendants will separately file their signature pages via ECF. To date, the Court has not received Defendants' signature pages. Without those pages, the Court cannot approve the motion for settlement. Defendants are directed to file their signature pages via ECF on or before December 6, 2021. So Ordered by Magistrate Judge Anne Y. Shields on 11/29/2021. (Minerva, Deanna) (Entered: 11/29/2021) |
| 12/16/2021 | | SCHEDULING ORDER re 38 Joint MOTION for Settlement *(Court Approval of FLSA Settlement)* filed by Christene D. Geoghegan: In the parties' November 4, 2021 cover letter accompanying their joint motion for settlement approval, they state that while the motion documents have been signed by Plaintiff, Defendants will separately file their signature pages via ECF. No such signature pages were received by the Court.<br><br>By Order dated November 29, 2021, the Court reminded Defendants of their obligation to file signature pages for the proposed settlement agreement and afforded Defendants until December 6, 2021 to do so. Again, no such signature pages have been received by the Court.<br><br>Defendants are directed to submit their signature pages for the parties' proposed settlement agreement to this Court by December 30, 2021. If Defendants' signature pages are not received by that date, the Court will proceed to schedule depositions in this action and continue this case through discovery. SoOrdered by Magistrate Judge Anne Y. Shields on 12/16/2021. (Minerva, Deanna) (Entered: 12/16/2021) |
| 12/29/2021 | 39 | MOTION for Default Judgment , MOTION for pre motion conference , MOTION for Settlement by Christene D. Geoghegan. (Attachments: # 1 Exhibit) (Moser, Steven) (Entered: 12/29/2021) |
| 12/29/2021 | 40 | Letter *enclosing fully executed settlement agreement* by Petite Realty Corp., Robert Petitpain, Robscot Realty Inc. (Attachments: # 1 Proposed Order Settlement Agreement) (Weiss, Adam) (Entered: 12/29/2021) |
| 12/30/2021 | | ORDER finding as moot 39 Motion for Default Judgment; finding as moot 39 Motion for Pre Motion Conference; granting 39 Motion for Settlement: Plaintiff's application is moot in light of the fully executed settlement agreement filed at Docket Entry 40 . So Ordered by Magistrate Judge Anne Y. Shields on 12/30/2021. (Minerva, Deanna) (Entered: 12/30/2021) |
| 12/30/2021 | | ORDER granting 38 Motion for Settlement: ==Upon review of the parties' Settlement Agreement, which is fully executed at Docket Entry 40 , the Court finds that the terms of the settlement are fair and reasonable, consistent with the factors set forth in *Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). Therefore, the proposed Settlement Agreement is hereby So Ordered.*== The Clerk of the Court is directed to close this case. So Ordered by Magistrate Judge Anne Y. Shields on 12/30/2021. (Minerva, Deanna) (Entered: 12/30/2021) |
| 12/30/2021 | | ORDER DISMISSING CASE re 38 Motion for Settlement. So Ordered by Magistrate Judge Anne Y. Shields on 12/30/2021. (Torres, Jasmine) (Entered: 01/06/2022) |

**PACER Service Center**

**Transaction Receipt**