On Sep 17, 2024, at 4:30 PM, Steven Moser <steven.moser@moserlawfirm.com> wrote:

Adam:

We have no record of the payments in the Geoghegan v Robscot case.

Paragraph 1(a) provides for 1st payment within 14 days of settlement approval. Since the settlement was approved on 12/30/2021 the first payment would have been due on 1/13/2022 for $9,000.00.  The thirteen installments of $750 each were to begin on 2/1/2022 and end on 2/1/2023.

This constitutes notice of default under the terms of the settlement agreement. The agreement specifically vests the District Court with the authority and jurisdiction to enforce.

Steve Moser

photo

### Steven J. Moser
**Managing Attorney, Moser Law Firm, PC**

 631.759.4054

 516.671.2776

 133C New York Avenue, Huntington, NY 11743

 PO Box 710, Huntington, NY 11743

 www.moserlawfirm.com

 steven.moser@moserlawfirm.com