UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christene Geoghegan ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| -against- ) | **Case No. 18-CV-7180 (AYS)** |
| ) | |
| Robscot Realty Inc. d/b/a Brody McKay's Tavern, Petite ) | **[PROPOSED]** |
| Realty Corp., and Robert Petitpain, ) | |
| ) | **ORDER AND JUDGMENT** |
| Defendant(s). ) | |
| ) | |

It is ORDERED and ADJUDGED that Plaintiff's request to enter judgment consistent with the So-Ordered Settlement Agreement and Affidavit of Confession of Judgment against the Defendants is granted, and that Judgment is hereby ENTERED in favor of Plaintiff and against all Defendants, jointly and severally, in the total amount of $18,000.00; and

It is FURTHER ORDERED and ADJUDGED that, pursuant to NYLL §§ 198(4) and 663(4) any amounts remaining unpaid upon the expiration of ninety days following issuance of this judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen (15%) percent; and

It is FURTHER ORDERED and ADJUDGED that, pursuant to NYLL § 198(4) the Plaintiff shall have the right to collect attorney's fees and costs incurred in enforcing this judgment upon application to the Supreme Court of the State of New York, County of Suffolk or to any other court of competent jurisdiction.

Dated:

_____